1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street, Suite 2080
   San Francisco, CA 94104-6702
3  Telephone: 415/362-6252
   Facsimile: 415/677-9445
4

5  Attorney for Defendant CHRISTIAN PANTAGES

6                   UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,         )    No. CR 08-0938-JW
9                                    )
10      Plaintiff,                   )    STIPULATION AND
                                     )    [PROPOSED] ORDER
11      v.                           )    ALLOWING TRAVEL
                                     )
12 CHRISTIAN PANTAGES et al.,        )
                                     )
13      Defendant.                   )
14 _____)

15

16      IT IS HEREBY ORDERED THAT:

17      Christian Pantages may travel to Las Vegas, Nevada, from March 20 to 22, 2009; to Indio,

18 California, from April 17 to 20, 2009; and to the greater Los Angeles, California, area from May 8

19 to 10, 2009; as agreed to by the parties after consultation with Pretrial Services.

20
21 Date: February 4, 2009                    /s/Christopher Cannon
                                             Christopher J. Cannon
22                                           Attorney for Christian Pantages

23 Date: February 4, 2009                    /s/Richard Cheng
                                             Richard C. Cheng
24                                           Assistant United States Attorney

25
      SO ORDERED.
26
   Date: 2/5/09
27                                           The Honorable Patricia V. Trumbull
28                                           United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW