1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  44 Montgomery Street
   Suite 2080
3  San Francisco, CA 94104
   Telephone: 415-362-6252
4  Facsimile: 415-677-9445

5  Attorney for Defendant CHRISTIAN PANTAGES

FILED
AUG 17 2009
CLERK
NORTHERN DISTRICT
CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN PANTAGES,<br><br>Defendant. | No.   CR-08-0938 JW<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>ALLOWING DOMESTIC<br>TRAVEL<br><br>Honorable Patricia V. Trumbull |

IT IS HERBY ORDERED THAT:

Christian Pantages may travel from San Jose to the Reno/Tahoe area, leaving the Bay Area on August 21, 2009 and returning on August 23, 2009.

IT IS SO STIPULATED.

DATED: August 13, 2009

_____
Christopher J. Cannon
Counsel for Christian Pantages

DATED: August 13, 2009

Richard Cheng by CJC with permission
Richard C. Cheng
Assistant United States Attorney

So Ordered
Patricia V. Trumbull
8/17/09

STIPULATION AND ORDER FOR TRAVEL - 1