CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **CONTINUING STATUS** |
| | ) | **HEARING** |
| CHRISTIAN PANTAGES | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED THAT:

In order to expedite a disposition in this matter, the Status Hearing date currently set for October 5, 2009 is hereby continued until November 9, 2009. Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: October 5, 2009                  /s/Christopher Cannon
                                       Christopher J. Cannon
                                       Attorney for Christian Pantages

Date: October 5, 2009                  /s/Richard Cheng
                                       Richard C. Cheng
                                       Assistant United States Attorney

       SO ORDERED.

Date:  October 5, 2009                 _____
                                       The Honorable James Ware
                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE
CR-08-0938-JW