JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

RICHARD C. CHENG (CSBN 135992)
Assistant U. S. Attorney

    150 Almaden Boulevard, 9th Floor
    San Jose, California 95113
    Telephone: (408) 535-5032
    Fax: (408) 535-5066
    e-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 08-00938-JW |
|     Plaintiff, ) | |
| ) | STIPULATION OF PARTIES |
| ) | FOR CONTINUANCE OF |
| v. ) | DISPOSITION HEARING |
| ) | AND [PROPOSED] ORDER |
| CHRISTIAN PANTAGES, ) | |
| ) | San Jose Venue |
|     Defendant. ) | |

       With the agreement of the parties, and with the consent of the defendant Christian Pantages, the Court enters this order (1) vacating the disposition hearing for the defendant Christian Pantages, now set for January 25, 2010 at 1:30 p.m.; and (2) setting a new sentencing hearing for the defendant Christian Pantages for February 22, 2010 at 1:30 a.m. The parties agree, and the Court finds and holds, as follows:

       1.    The defendant Christian Pantages was indicted on December 31, 2008 for Conspiracy to Buy Stolen Goods Constituting an Interstate Shipment, and Conspiracy to Commit Money Laundering and was arraigned on the Indictment on

1. January 8, 2009. His first appearance before the District Court was January 12, 2009.

2. A date for the disposition of the charges against Pantages was previously set for January 25, 2010 at 1:30 p.m. before this Court. To date, the Government has provided discovery to the Defendant, but have yet to finalize the terms of the plea agreement.

3. Counsel for the Government and the Defendant have been in regular communications regarding potential resolution of the pending charges against the Defendant which may involve potential cooperation at the trial of co-defendant Jaime Harmon. The parties believe that a resolution is likely, however additional time is necessary for the terms of the plea agreement to be finalized and approved by both parties.

4. The parties jointly request a disposition date be set by the Court on February 22, 2010 at 1:30 p.m..

5. The parties, including defendant Christian Pantages, agree to a waiver of time for the purposes of the Speedy Trial Act and specifically agree that the period of time between January 25, 2010 through February 22, 2010 may be excluded in light of the need for additional time for adequate defense preparation and resolution of the case.

SO STIPULATED.               JOSEPH P. RUSSONIELLO
                             United States Attorney

DATED: January 22, 2010           /s/
                             RICHARD C. CHENG
                             Assistant U.S. Attorney

DATED: January 22, 2010           /s/
                             CHRISTOPHER CANNON, ESQ.
                             Attorney for Defendant

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR 09-00938-JW |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTIAN PANTAGES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons stated in the parties Stipulation To Continue Disposition Hearing, and for good cause shown, the Court vacates the January 25, 2010 status conference date with respect to the defendant Christian Pantages, and sets a disposition date of February 22, 2010, at 1:30 p.m.

DATED:  January 22, 2010

_____
HON. JAMES WARE
United States District Judge