CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND** |
| v. | ) | xxxxxxxxxx**D] ORDER** |
| | ) | **ALLOWING TRAVEL** |
| CHRISTIAN PANTAGES et al., | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney, Richard Chang, and defendant, through his counsel, Christopher J. Cannon, that defendant Christian Pantages may travel to Anaheim, CA on April 14, 2010; to Indio, California, from April 15 to 18, 2010; and to the greater Los Angeles, California, area on April 19, 2010; as agreed to by the parties after consultation with Pretrial Services.

Date: February 5, 2010         /s/Christopher Cannon_____
                                Christopher J. Cannon
                                Attorney for Christian Pantages

Date: February 5, 2010         /s/ Richard C. Cheng_____
                                Richard C. Cheng
                                Assistant United States Attorney

       SO ORDERED.

Date:   February 5, 2010       _____
                                The Honorable Patricia V. Trumbull
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW