UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME**: 4 mins

### CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  February 22, 2010 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-00938 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **U.S. Pretrial Services Officer:** N/A |
| | **Interpreter:**   N/A |

### TITLE

USA v. Christian Pantages (NC)(1)

**Attorney(s) for Plaintiff(s):** Richard Cheng
**Attorney(s) for Defendant(s):** No Appearance made

### PROCEEDINGS

Status Hearing

### ORDER AFTER HEARING

Hearing Held.  Although the parties filed a late Stipulation to continue, the Court took no action on the request prior to the hearing and the matter remained on calendar as scheduled for February 22, 2010.  In light of the filing, neither Defendant nor his counsel appeared for the status conference.  In light of the absences of the Defendant and counsel, the Court continued the matter to March 8, 2010 at 1:30 PM for Setting or Disposition.  Time is excluded from February 22, 2010 through March 8, 2010 for continuity of defense counsel.  The Court will not entertain further requests for continuance.

**Elizabeth C. Garcia**
**Courtroom Deputy**
Original: Efiled
CC: