1 CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
2 44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
3 Telephone: 415/362-6252
Facsimile: 415/677-9445
4

5 Attorney for Defendant CHRISTIAN PANTAGES

6 UNITED STATES DISTRICT COURT

7 NORTHERN DISTRICT OF CALIFORNIA

8
| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHRISTIAN PANTAGES et al.,<br><br>   Defendant. | No. CR 08-0938-JW<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Reno, Nevada, from March 27 to 28, 2009.

Date: March 26, 2010                  /s/Christopher Cannon
                                      Christopher J. Cannon
                                      Attorney for Christian Pantages

Date: March 26, 2010                  /s/Richard Cheng
                                      Richard C. Cheng
                                      Assistant United States Attorney

SO ORDERED.

Date: March 30, 2010
nunc pro tunc
                                      The Honorable Patricia V. Trumbull
                                      United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW