MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

RICHARD C. CHENG (CSBN 135992)
Assistant United States Attorney

    150 Almaden Boulevard, 9th Floor
    San Jose, California 95113
    Telephone: (408) 535-5032
    Fax: (408) 535-5066
    e-mail: richard.cheng@usdoj.gov

Attorneys for Plaintiff

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>     v. <br> CHRISTIAN PANTAGES <br>     Defendant. | Criminal Case No. CR 08-00938-JW <br><br> STIPULATION OF PARTIES FOR CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER <br><br> San Jose Venue |

    With the agreement of the parties, and with the consent of the defendant Christian Pantages ("Pantages"), the Court enters this order (1) vacating the sentencing hearing for defendant Pantages, now set for September 13, 2010 at 1:30 p.m.; and (2) setting a status hearing regarding sentencing for the defendant Pantages for December 13, 2010 at 9:00 a.m.  The parties agree, and the Court finds and holds, as follows:

    1.    Christian Pantages, entered his guilty plea to Conspiracy to Buy Stolen Goods Constituting an Interstate Shipment, in violation of 18 U.S.C. § 371 and 2; and Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).

The guilty pleas were entered on March 8, 2010, pursuant to a cooperation plea agreement with the Government.

2. Pantages testified in the trial against co-defendant Jamie Harmon. Harmon was convicted by jury of five substantive counts of money laundering and is awaiting trial on one count of conspiracy to commit money laundering, for which the jury was unable to reach a verdict. This Court declared a mistrial on that count.

3. Defendant Harmon's sentencing hearing was originally scheduled for October 25, 2010. This Court has recently vacated that date and has purposely not scheduled a sentencing date for Harmon.

4. Because the parties believe it is appropriate for Pantages' hearing to proceed after the sentencing of co-defendant Harmon, specifically because Pantages may be called again by the Government to testify at related post-trial proceedings and/or trial of co-defendant Harmon related to the charge of conspiracy to commit money laundering, the parties jointly request the vacating of the current sentencing hearing date of October 25, 2010 for Pantages.

5. Subject to the availability of the probation officer assigned to this matter and approval by this Court, counsel for the defendant, Christopher Cannon, Esq., and Assistant U.S. Attorney Richard Cheng have agreed to jointly stipulate to a continuance of defendant Pantages's sentencing hearing to a status hearing date of December 13, 2010, and recommends that date to this Court for status hearing.

SO STIPULATED.                          MELINDA HAAG
                                        United States Attorney

DATED: August 31, 2010                        /s/
                                        RICHARD C. CHENG
                                        Assistant U.S. Attorney

DATED: August 31, 2010                        /s/
                                        CHRISTOPHER CANNON, ESQ.
                                        Attorney for Defendant

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 08-00938-JW |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| CHRISTIAN PANTAGES, ) | |
| Defendant. ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the September 13, 2010 sentencing date with respect to the defendant Christian Pantages, and sets a new status hearing date re: sentencing to the date of December 13, 2010 at **1:30 PM**

DATED: September 2, 2010

HON. JAMES WARE
United States District Judge