CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant CHRISTIAN PANTAGES

FILED

FEB 03 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIAN PANTAGES, <br><br> Defendant. | No. CR 08-0938-JW <br><br> **STIPULATION AND** <br> **[PROPOSED] ORDER** <br> **ALLOWING TRAVEL** |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Las Vegas on March 23rd to the 25th of 2011, and to the Palm Springs/Indio area from April 14th to 18th, 2011; as agreed to by the parties after consultation with pretrial services.

Date: February 1, 2011

/s/Christopher Cannon
Christopher J. Cannon
Attorney for Christian Pantages

Date: February 1, 2011

/s/Richard Cheng
Richard C. Cheng
Assistant United States Attorney

SO ORDERED.

Date: February 3, 2011

Paul S. Aun
The Honorable Paul Grewal
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW