CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
44 Montgomery Street, Suite 2080
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/677-9445

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>CHRISTIAN PANTAGES<br>    Defendant. | No. CR 08-0938-JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT:

Because the case against the codefendant is not yet resolved, the sentencing date currently set for February 28, 2010 is hereby continued until May 2, 2011. Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: February 25, 2011        /s/Christopher Cannon
                               Christopher J. Cannon
                               Attorney for Christian Pantages

Date: February 25, 2011        /s/Grant Fondo
                               Grant Fondo
                               Assistant United States Attorney

    SO ORDERED.

Date:  February 25, 2011       _____
                               The Honorable James Ware
                               United States District Chief Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS DATE
CR-08-0938-JW