CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415-362-6252
Facsimile: 415-362-6431

Attorney for Defendant CHRISTIAN PANTAGES

IT IS SO ORDERED
Judge Paul S. Grewal

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0938-JW |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL** |
| v. ) | |
| CHRISTIAN PANTAGES, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Seattle, Washington on June 6, 2011 to June 9, 2011; as agreed to by the parties after consultation with pretrial services.

Date: May 24, 2011                                      /s/Christopher Cannon
                                                                    Christopher J. Cannon
                                                                    Attorney for Christian Pantages

Date: May 24, 2011                                      /s/Richard Cheng
                                                                    Richard C. Cheng
                                                                    Assistant United States Attorney

SO ORDERED.

Date:  5/27/2011                                          The Honorable Paul Grewal
                                                                    United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW