CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| CHRISTIAN PANTAGES et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Las Vegas, Nevada, from November 6, to November 10, 2011.

Date: October 24, 2011          /s/Christopher Cannon
                                Christopher J. Cannon
                                Attorney for Christian Pantages

Date: October 24, 2011          /s/Richard Cheng
                                Richard C. Cheng
                                Assistant United States Attorney

SO ORDERED.

Date:'P qxgo dgt'9.'4233''''''''''''''''''''''''''    _Paul S. Grewal_____
                                The Honorable Paul Grewal
                                United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW