CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0938-JW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| CHRISTIAN PANTAGES et al., ) | |
| ) | |
| Defendant. ) | |

    Christian Pantages may travel to Riverside County, California departing Thursday, April 12, 2012 and returning Monday, April 16, 2012.  Before he departs he shall provide pretrial with his itinerary for their approval.

    Christian Pantages may travel to Philadelphia, Pennsylvania departing Friday, May 25, 2012 and returning Monday, May 28, 2012.  Before he departs he shall provide pretrial with his itinerary for their approval.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW

Page 1 of 2

**IT IS SO STIPULATED.**

Date: 2/24/2012                                             /s/
                                                            Christopher J. Cannon
                                                            Attorney for Christian Pantages

Date: 2/24/2012                                             /s/
                                                            Richard C. Cheng
                                                            Assistant United States Attorney

**IT IS SO ORDERED.**

Date: Hgdtwct{"49."4234"""""""""""""""""""""""""""""""'     _Paul S. Grewal_
                                                            The Honorable Paul Grewal
                                                            United States Magistrate Judge

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING TRAVEL
CR-08-0938-JW