CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA 94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
|  | ) | **[PROPOSED] ORDER** |
| v. | ) | **CONTINUING HEARING** |
|  | ) |  |
| CHRISTIAN PANTAGES et al., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

IT IS HEREBY ORDERED THAT:

Because briefing in the Ninth Circuit for the codefendant is not yet completed, but is set to be completed in the first week of July, the status date currently set for June 11, 2012 is hereby continued until October 15, 2012 at 1:30 p.m. Time continues to be excluded under 18 U.S.C. § 3161 (h)(7)(B)(ii).

Date: June 6, 2012            /s/
                              Christopher J. Cannon
                              Attorney for Christian Pantages

Date: June 6, 2012            /s/
                              Richard Cheng
                              Assistant United States Attorney

**SO ORDERED.**

Date: June 7, 2012            _____
                              The Honorable James Ware
                              United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING          1
CR-08-0938-JW