CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER NUNC** |
| v. | ) | **PRO TUNC ALLOWING** |
| | ) | **TRAVEL** |
| CHRISTIAN PANTAGES et al., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Pittsburgh, Pennsylvania departing Thursday, June 28, 2012 and returning Monday July 2, 2012.

Date: June 28, 2012                    /s/Christopher Cannon_____
                                       Christopher J. Cannon
                                       Attorney for Christian Pantages

Date: June 28, 2012                    /s/Richard Cheng_____
                                       Richard C. Cheng
                                       Assistant United States Attorney

**SO ORDERED.**

Date: Lxn{ "5."4234                    [signature]
                                       The Honorable Paul Grewal
                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW

Page 1 of 1