CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0938-JW |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| CHRISTIAN PANTAGES et al., ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED THAT:**

Christian Pantages may travel to Tucson, Arizona for a company retreat leaving Friday August 31, 2012 returning Monday September 3, 2012.

He may also travel to the San Francisco 49ers vs. Green Bay Packers game in Green Bay Wisconsin, leaving Friday September 7, 2012 and returning Monday September 10, 2012.

Prior to leaving, he shall provide pretrial with a copy of his itinerary.

Date: August 10, 2012                  /s/
                                                        Christopher J. Cannon
                                                        Attorney for Christian Pantages

Date: August 10, 2012                  /s/
                                                        Richard C. Cheng
                                                        Assistant United States Attorney

**SO ORDERED.**

Date: August 14, 2012
                                                        The Honorable Paul Grewal
                                                        United States Magistrate Judge