UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. CR 08-00938-LHK |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| CHRISTIAN PANTAGES, ) | |
| Defendant. ) | |

For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause shown, the Court vacates the October 15, 2012 status date re: sentencing with respect to the defendant Christian Pantages, and sets a new status hearing date re: sentencing to the date of March 20, 2012 at 9:00 a.m, to be heard in the United States District Court in San Jose, California.

DATED: 10/12/12

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[PARTIES JOINT STIPULATION TO CONTINUANCE OF STATUS CONFERENCE RE: SENTENCING]
08 CR 00938LHK