CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL** |
| v. | ) ) | |
| CHRISTIAN PANTAGES et al., | ) ) | |
| Defendant. | ) ) | |

Christian Pantages may travel to Las Vegas, Nevada to attend a professional conference, departing Monday, October 15, 2012 and returning Friday, October 19, 2012.  Pretrial does not object to the trip.  Before he departs he shall provide pretrial with his itinerary.

**IT IS SO STIPULATED.**

Date:  10/12/2012                                         /s/
                                                          Christopher J. Cannon
                                                          Attorney for Christian Pantages

Date:  10/12/2012                                         /s/
                                                          Richard C. Cheng
                                                          Assistant United States Attorney

**IT IS SO ORDERED.**

Date: October 12, 2012                                    
                                                          The Honorable Paul Grewal
                                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW