CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR 08-0938-JW |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER ALLOWING TRAVEL** |
| v. | ) |
| | ) |
| CHRISTIAN PANTAGES et al., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

  Christian Pantages may travel to Atlanta, GA to attend the NCAA Final Four, departing Thursday, April 4, 2013 and returning Tuesday, April 9, 2013.

  Christian Pantages may also travel to Indio, CA to attend a music performance, departing Thursday, April 11, 2013 and returning Monday, April 15, 2013.

  Pretrial does not object to either trip.  Before he departs he shall provide pretrial with his itinerary.

//

//

//

//

//

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
CR-08-0938-JW

1

**IT IS SO STIPULATED.**

2    Date: 2/1/2013                                  _____/s/_____

3                                                     Christopher J. Cannon
                                                      Attorney for Christian Pantages

4    Date: 2/1/2013                                  _____/s/_____

5                                                     Richard C. Cheng
                                                      Assistant United States Attorney

6

7    **IT IS SO ORDERED.**

8    Date: February 1, 2013                          _____
                                                      The Honorable Paul Grewal

9                                                     United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING TRAVEL
CR-08-0938-JW