1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,       )      Criminal Case No. CR 08-00938-LHK
                                    )
14              Plaintiff,          )
                                    )      ORDER
15                                  )
          v.                        )
16                                  )
    CHRISTIAN PANTAGES,             )
17                                  )
              Defendant.            )
18  _____ )

19      For the reasons stated in the parties Stipulation To Continue Sentencing, and for good cause

20  shown, the Court vacates the March 20, 2013 status date re: sentencing with respect to the

21  defendant Christian Pantages, and sets a new status hearing date re: sentencing to the date of June

22  26, 2013 at 9:00 a.m, to be heard in the United States District Court in San Jose, California.

23
24
      DATED:    3/12/13
25                                         HON. LUCY H. KOH
                                           United States District Judge
26
27
28

PARTIES JOINT STIPULATION TO CONTINUANCE OF STATUS CONFERENCE RE: SENTENCING
08 CR 00938LHK