CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant CHRISTIAN PANTAGES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0938-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | **ALLOWING TRAVEL** |
| | ) | |
| CHRISTIAN PANTAGES et al., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED THAT:

Christian Pantages may travel to Las Vegas, Nevada, from April 26, to April 28, 2013.

Date: April 18, 2013                                   /s/
                                                                  Christopher J. Cannon
                                                                  Attorney for Christian Pantages

Date: April 18, 2013                                   /s/
                                                                  Richard C. Cheng
                                                                  Assistant United States Attorney

**SO ORDERED.**

Date: April 22, 2013

The Honorable Paul Grewal
United States Magistrate Judge